# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of ) | |
| ) | |
| ONE DIGITAL DEVICE LOCATED IN THE ) | Case No. 24-sw-338 |
| DISTRICT OF COLUMBIA UNDER RULE 41 ) | |
| ) | |
| ) | |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

located in the Jurisdiction of the District of Columbia, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC § 201 | Bribery |
| 18 USC § 1343 | Honest Services |
| 18 USC §1346 | Wire Fraud |

The application is based on these facts:
See Affidavit in Support of the Application for Search Warrant

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Mackenzie Metcalfe, Special Agent USAID OIG
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: 10/29/2024

Moxila A. Upadhyaya
Digitally signed by Moxila A. Upadhyaya
Date: 2024.10.29 11:27:32 -04'00'
*Judge's signature*

City and state: Washington, D.C.   Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means        ☑ Original        ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of )<br>)<br>ONE DIGITAL DEVICE LOCATED IN THE )<br>DISTRICT OF COLUMBIA UNDER RULE 41 )<br>)<br>)<br>) | Case No. 24-sw-338 |

**WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     Jurisdiction of the     District of    Columbia
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before    November 12, 2024    *(not to exceed 14 days)*
☐  in the daytime 6:00 a.m. to 10:00 p.m.      ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Moxila A. Upadhyaya
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   10/29/2024              *Moxila A. Upadhyaya*   Digitally signed by Moxila A. Upadhyaya
                                                                         Date: 2024.10.29 11:28:08 -04'00'
                                                                         *Judge's signature*

City and state:   Washington, D.C.             Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                         *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>24-sw-338 | Date and time warrant executed:<br>November 4, 2024 10:00 a.m | Copy of warrant and inventory left with:<br>Bradley Gilmore, Evidence Custodian |
| Inventory made in the presence of : | Bradley Gilmore, Evidence Custodian | |

Inventory of the property taken and name(s) of any person(s) seized:

One Galaxy S23 Ultra Android phone bearing IMEI number 353130606143775

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: November 15, 2024

*J. Alisha Mahabir*
*Executing officer's signature*

Indrani Alisha Mahabir, Special Agent
*Printed name and title*

## ATTACHMENT A

*Property to be searched*

The property to be searched is a Galaxy S23 Ultra Android Phone bearing IMEI number 353130606143775, hereinafter, "TARGET DEVICE." TARGET DEVICE is currently stored by the U.S. Agency for International Development Office of Inspector General (USAID/OIG), located at 1300 Pennsylvania Avenue NW Washington, D.C. 20004.